FILE COPY



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

CLERK
CATHY S. LUSK

## TWELFTH COURT OF APPEALS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

2/24/2015 11:57:52 AM

CATHY S. LUSK
Clerk

February 10, 2015

Ms. Deborah Traylor
District Clerk, Rains County
Courthouse Annex
P. O. Box 187
Emory, TX 75440-0187
* DELIVERED VIA E-MAIL *

**RE:**  Case Number:            12-13-00127-CR
        Trial Court Case Number:  5172

**Style:**  Harold Jaylynn Couch
        v.
        The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
    Katrina McClenny, Chief Deputy Clerk

C Ms. Sue Korioth (DELIVERED VIA E-MAIL)
C Mr. Frank R. Hughes (DELIVERED VIA E-MAIL)
:

Mandate executed on __11__ day of _February_ , 2015.

Brief explanation of action taken: _Filed in Case and noted on docket_

_Laura Pate_ , _Deputy_ District/County Clerk